IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC MYRIECKES,

    Petitioner,

                        JUDGMENT IN A CIVIL CASE

v.

                        Case No. 09-cv-677-slc

C. HOLINK, Warden,

    Respondent.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying petitioner's petition for a writ of habeas corpus.

_____
Peter Oppeneer, Clerk of Court

11/24/09
Date